# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN J. SCHROEDER, | CASE NO. 1:09-cv-00883-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR DISTRICT JUDGE ASSIGNMENT |
| v. | (Doc. 9) |
| C. HUCKABAY, et al., | |
| Defendants. / | |

    Plaintiff Alvin J. Schroeder ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff was proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff consented to magistrate judge jurisdiction on May 28, 2009.  (Doc. 5.)  On September 23, 2009, Plaintiff's action was dismissed with prejudice for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.  (Docs. 7, 8.)

    On May 7, 2010, Plaintiff filed a motion for assignment of a district judge to this action.  (Doc. 9.)  Plaintiff appears to believe that the undersigned's September 23, 2009 order was erroneous.  If Plaintiff is seeking to withdraw his consent to Magistrate Judge jurisdiction, Plaintiff must file a motion and must show extraordinary circumstances.  Once a civil case is referred to a magistrate judge under 636(c), the reference can be withdrawn by the Court only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party."  *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993).  "There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge."  *Id.*  Disagreement with the undersigned's ruling does not demonstrate good cause.

    Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion, filed May 7, 2010, is DENIED.

    IT IS SO ORDERED.

Dated: **June 2, 2010**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1